FILED
AUG 3 - 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Cr. No. 07-0187 (TFH) |
| ) | |
| DEREK T. HAWTHORNE, ) | SEALED |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of Hawthorne's counsel's representations at the hearing held on August 3, 2007, the Court

**ORDERS** that the District of Columbia Department of Corrections and the Warden of the District of Columbia Jail are requested to transfer inmate Derek Hawthorne (DOB: 1/16/63 and PDID No. 601-313) to the Correctional Treatment Facility and to provide care as necessary for Hawthorne's medical conditions.

**SO ORDERED**.

August 3, 2007

Thomas F. Hogan
Chief Judge