AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**

AUG 3 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

———————————— DISTRICT OF ————————————

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |

CASE NUMBER: CR 07-187

I, __Derek Hawthorne__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Aug 3, 07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer