FILED
AUG 3 - 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
                               :     Criminal No. 07- 187
                               :
        v.                     :
                               :     UNDER SEAL
                               :
DEREK T. HAWTHORNE,            :
                               :
        Defendant.             :
_____:

## CONSENT ORDER OF FORFEITURE

**WHEREAS,** a written plea agreement was filed with this Court and signed by the defendant, Derek T. Hawthorne, and his counsel, James Rudasill, Jr., Esquire, in which defendant Hawthorne pled guilty to a felony violation, that is conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846;

**WHEREAS,** in his plea agreement, the defendant expressly agreed and consented to the entry of an Order of Forfeiture concerning the property that is the subject of this Order, which property constitutes or was derived from proceeds obtained, directly or indirectly, as a result of a violation of 21 U.S.C. § 846, and/or was used, or intended to be used, to commit or to facilitate a violation of 21 U.S.C. § 846;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That the following property is declared forfeited to the United States pursuant to Title 21, United States Code, Section 853:

   Money Judgment:

   (a)    a sum of money equal to $1,110,570.86, representing an
          amount of proceeds obtained as a result of the offense of

conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846;

Real Property

(b) All right, title and interest in the real property and improvements at the address of 943 S Street, N.W., Washington, D.C. (including any appurtenances thereon and improvements made thereto.

Personal Property/Vehicles/Conveyances

(c) All funds on deposit in the following accounts at the time the seizure warrants were executed on these accounts on or after July 10, 2007:

Citi SmithBarney, account number 56J-70896-10;
Bank of America, N.A., account number 004112074991;
Bank of America, N.A., account number 0041-1389-3472;
Alliant Credit Union, account number 0018918701-40;
Alliant Credit Union, account number 0018918701-01;
Commerce Bank, N.A., account number 3990013777;
Commerce Bank, N.A., account number 4990009385;
Commerce Bank, N.A., account number 4990008593; and
ING. Direct, Account whose number is yet unknown.

(d) All interest, right, and title in:

   i.   One 2001 Sea Ray 41.3 "yacht" type vessel, bearing Hull Identification Number SERF8267G001, Official Number 1102931, and Vessel's Name is "OAR-GAZMIK;"
   ii.  One 2005 Rinker 250 Fiesta Vee Express Cruiser, Ser. No. 16814F405  VIN RNK76814F405
   iii. One Load-Rite trailer Ser. No. 5A4BCWW2842000589;
   iv.  One 2005 Yamaha personal water craft (jetski) VIN YAMA2831K405;
   v.   One 2005 Yamaha personal water craft, VIN YAMA3699K405;
   vi.  One 1998 Cadillac Escalade, VIN 1GYEK63N42R108902.

2. That the Attorney General is authorized to seize and dispose of this property in accordance with the law.

3. That the United States shall publish notice of the pending forfeiture and of its intent to dispose of the property in such manner as the Attorney General may direct. The United States shall also, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the property.

4. That any person, other than the defendant, asserting any legal interest in the property may, within thirty (30) days of the final publication of notice or his receipt of notice, whichever is earlier, petition the Court pursuant to Title 21, United States Code, Section 853(n) for a hearing to adjudicate the validity of his alleged interest in the property.

5. That, following the Court's disposition of all petitions filed with respect to such property, or if no such petitions are filed within the time prescribed by law, upon proof of publication and proof of notice to any persons known to have alleged an interest in such property, the United States shall have clear right, title, and interest to such property.

6. That the Clerk is directed to forward a true and certified copy of this order to all counsel of record and to the United States Marshals Service for the District of Columbia.

Dated this __3__ day of __August__, 2007.

_____
United States District Judge

WE ASK FOR THIS:

JEFFREY A. TAYLOR
United States Attorney

By: _____
ELISA POTEAT
GREGORY MARSHALL
Assistant United States Attorneys
U.S. Attorney's Office
555 Fourth Street, N.W., 5th Floor
Washington, D.C. 20530


_____          _____
DEREK T. HAWTHORNE                      JAMES RUDASILL, JR., ESQ.
Defendant                               717 D Street, NW, Suite ~~500~~ 310
                                        Washington, D.C. 20005
                                        Counsel for Defendant Derek T. Hawthorne