IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Criminal No.: 07-187 (TFH) |
| | : | |
| | : | UNDER SEAL |
| **Derrick Hawthorne** | : | |

<u>LINE ENTERING APPEARANCE</u>

Please enter the appearance of Nikki Lotze, and the law firm of Roberts & Wood, for defendant Derrick Hawthorne.

                           Respectfully submitted,

                           _____/s/_____
                           Nikki Lotze, #447-881
                           Roberts & Wood
                           6801 Kenilworth Avenue, Suite 202
                           Riverdale, MD 20737
                           (301) 699-0764


<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, this _____ day of _____, 2007 to: Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530

                           _____/s/_____
                           Nikki Lotze