**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | CR No: 07-187-01 (TFH) |
| v. | : | UNDER SEAL |
| | : | |
| DEREK HAWTHORNE | : | |

**DEFENDANT'S MOTION FOR TRANSFER
TO CENTRAL TREATMENT FACILITY**

Defendant, Derekk Hawthorne, through undersigned counsel, hereby seeks a

Court Order that he be transferred from the District of Columbia Detention Center to the

Central Treatment Facility (CTF) while incarcerated in the above captioned case.  In

support of this motion, counsel states the following:

1.      Mr. Hawthorne has been housed at CTF for medical treatment since his arrest.

2.      Mr. Hawthorne was writted to Virginia, and upon his return, he was housed at the

    District of Columbia Detention Center.

3.      Counsel has spoken with assigned AUSA, Elisa Poteat, who does not oppose the

    defendant's return to CTF.

CONCLUSION

WHEREFORE, for these reasons, Mr. Hawthorne respectfully requests that the

Court Order that Mr. Hawthorne be moved from the  D.C. Jail to the Central Treatment

Facility.

Respectfully submitted,


_____/s/_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave.
Suite 202
Riverdale, MD  20737
(301) 699-0764

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing severance motion has been delivered
by mail, this _____ day of _____, 2008, Elisa Poteat, Office of the United States
Attorney, 555 Fourth Street, NW, Washington, D.C. 20530


_____/s/_____
Nikki Lotze

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES              :

                                :       CR No: 07-187-01 (TFH)

    v.                         :       UNDER SEAL

                                  :

DEREK HAWTHORNE          :

<u>ORDER</u>

_____Upon consideration of the Defendant's Motion for Transfer to Central Treatment

Facility, good cause having been advanced, it is this _____ day of

_____, 2008, hereby

      ORDERED that the Department of Corrections transfer Derek Hawthorne,

(DCDC 315-434, DOB 1/16/63), from the D.C. Jail to the Central Treatment Facility.


                                        _____

                                        JUDGE HOGAN


cc:

Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave. Suite 202
Riverdale, MD 20737


AUSA Elisa Poteat
555 Fourth Street, NW
Washington, DC 20001