UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: CR-07-187 (TFH) |
| | : | |
| v. | : | |
| | : | |
| **DEREK HAWTHORNE** | : | |
| | : | **UNDER SEAL** |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests a continuance for sentencing in this matter. As grounds for its request, the government is relying on the following points and authorities, and any other points and authorities that are raised at sentencing:

1. A status date has been scheduled for June 25, 2008, in this matter.

2. The defendant is cooperating with the government and is expected to testify in a case in the Eastern District of Virginia in the late summer of 2008.

3. Counsel for government has notified, Nikke Lotze, counsel for the defendant about this motion, and she does not object to it.

5. Government's counsel requests that this matter be continued to September 2008.

WHEREFORE, the United States respectfully requests that its instant motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
S. Elisa Poteat
Assistant United States Attorney
D.C. Bar Number 420-604
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7067

_____
Gregory Marshall
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by facsimile, and by mail upon counsel for the defendant, Nikke Lotze by email on this 11th day of June, 2008.

_____
S. Elisa Poteat
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: CR-07-187 (TFH) |
| | : | |
| v. | : | |
| | : | |
| **DEREK HAWTHORNE** | : | <u>     UNDER SEAL     </u> |

**ORDER**

Upon the Court's review of the government's Motion to Continue the Sentencing Date, it is hereby

ORDERED that the government's motion is *granted*, and the status on sentencing is continued to _____ day of _____, 2008 at ____.


Date: _____        _____
                                                   Thomas F. Hogan, Chief Judge
                                                   United States District Judge