

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: CR-07-187 (TFH) |
| v. | : | |
| **DEREK HAWTHORNE** | : | **UNDER SEAL** |

### ORDER

Upon the Court's review of the government's Motion to Continue the Sentencing Date, it is hereby

ORDERED that the government's motion is *granted*, and the status on sentencing is continued to 3rd day of Sept, 2008 at 10:30AM

Date: Jun 17, 2008

Thomas F. Hogan, Chief Judge
United States District Judge